IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

*(Electronically Filed)*

| | |
|---|---|
| TROY LACY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| OXMOOR AUTO, INC. | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF REMOVAL

\*\*\* \*\*\* \*\*\*

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Oxmoor Auto, Inc. ("Oxmoor" or "Defendant"), by counsel, hereby files this notice to remove an action pending against it in Franklin Circuit Court to the United States District Court for the Eastern District of Kentucky, Frankfort Division. In support of this removal, Defendant states as follows:

### Background

1. Plaintiff Troy Lacy ("Plaintiff") filed this action on June 27, 2018 in Franklin Circuit Court, said action being designated Civil Case No. 18-CI-00662 (the "State Court Action"). A copy of the Complaint in the State Court Action (the "Complaint"), along with the summons, is attached as Exhibit A. The Complaint was the initial pleading setting forth the claim for relief upon which this civil action is based, and no other proceedings have occurred in the State Court Action.

2. Plaintiff, a former employee of Oxmoor, seeks alleged damages in connection with the separation of his employment. Plaintiff's Complaint alleges causes of action against

Defendant for alleged violations of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq.*, and the Americans with Disabilities Act ("ADA"), as amended, 42 U.S.C. § 1201, *et seq*.

3. Defendant received service of the Complaint and process on June 29, 2018.

### Federal Question Jurisdiction

4. Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction over Plaintiff's FMLA and ADA claims because they arise under federal law. Thus, these claims are removable to this Court under 28 U.S.C. § 1441(a).

### Venue

5. Venue is proper in this Court pursuant to 28 U.S.C. §§ 97 and 1441(a) because the United States District Court for the Eastern District of Kentucky is the federal judicial district embracing the Franklin Circuit Court, the court in which the State Court Action was originally filed.

### Timely Filing

6. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after June 29, 2018, the date on which Defendant first received service of the Complaint in the State Court Action.

### Procedural Requirements

7. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are collectively attached to this Notice as Exhibit A.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with this Court, is serving a copy of this Notice upon counsel for Plaintiff, and is filing a copy of this Notice with the Franklin Circuit Court.

9. This Notice of Removal has been verified by Cynthia Blevins Doll and Megan R. U'Sellis, counsel for Defendant herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant removes this action from the Franklin Circuit Court to the United States District Court for the Eastern District of Kentucky, Frankfort Division.

Respectfully submitted,

*/s/ Megan R. U'Sellis*_____
Cynthia Blevins Doll
Megan R. U'Sellis
Fisher & Phillips LLP
220 West Main Street, Suite 1700
Louisville, Kentucky  40202
Phone:  (502) 561-3990
Fax:  (502) 561-3991
E-mail:  cdoll@fisherphillips.com
             musellis@fisherphillips.com

*COUNSEL FOR DEFENDANT,*
*OXMOOR AUTO, INC.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of July, 2018, I electronically filed the foregoing *Notice of Removal* with the clerk of the court by using the CM/ECF System, which arranges for electronic service to the following:

Christina J. Thomas
Bernard R. Mazaheri
Morgan & Morgan
333 W. Vine Street, Suite 1200
Lexington, KY  40507
Phone:  (859) 219-4529
E-mail:  cthomas@forthepeople.com
          bmazaheri@forthepeople.com

*COUNSEL FOR PLAINTIFF*

                                          */s/ Megan R. U'Sellis*
                                          COUNSEL FOR DEFENDANT